**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-02850-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  August 2, 2011** | **Courtroom Deputy:**  Linda Kahoe |

MUTH PUMP LLC,                                                          Ian L. Saffer

      Plaintiff/Counter Defendant,

      v.

EAGLE INNOVATIONS INC.,                                          Jeffrey Lloyd Weiss

      Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:       8:31 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Joint Motion to Amend the Proposed Scheduling Order, doc #[28], filed 6/27/2011.

**ORDERED:**  The Joint Motion to Amend the Proposed Scheduling Order, doc #[28] is **GRANTED**.
      Discovery cutoff: **JANUARY 16, 2012**
      Dispositive Motion deadline: **FEBRUARY 17, 2012**
      Expert disclosures due: **NOVEMBER 21, 2011**
      Rebuttal disclosures due: **DECEMBER 20, 2011**
      Deadline for Interrogatories, Requests for Production/Admission: **NOVEMBER 21, 2011**

**ORDERED:**  A Settlement Conference is set for **OCTOBER 3, 2011 at 1:30 p.m.**  Updated Confidential Settlement Statements due by **SEPTEMBER 21, 2011.** Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be physically present** for the Settlement Conference.

> *The settlement statements must describe, in detail, the strengths and weaknesses of the case, and whether factual or legal or both.  In addition, each party shall indicate a specific dollar amount it is willing to offer or accept in settlement.  As a matter of professional courtesy, the parties are REQUIRED to respond to a demand or offer of settlement.*

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**ORDERED:**   A Final Pretrial Conference is set for **APRIL 2, 2012 at 9:15 a.m.**  A Proposed Final Pretrial Order is due **7 days prior**.

Counsel discuss a proposal for a re-design and agree upon a date of September 12, 2011.

HEARING CONCLUDED.

**Court in recess**:        **9:00 a.m.**
Total time in court:    00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.