IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02850-REB-CBS

MUTH PUMP LLC,

      Plaintiff ,

v.

EAGLE INNOVATIONS INC.,

      Defendant.

---

## ORDER

---

      Pursuant to D.C.COLO.LCivR. 16.1, and good cause having been shown, the Parties'
Second Joint Motion to Amend the Scheduling Order is GRANTED.  **No further motions for
extension of time will be entertained by the court.**

      Accordingly, the schedule set forth in the Court's August 2, 2011 Order, doc #[38], shall
be amended as follows:

1. Expert Disclosures Due: December 12, 2011;

2. Deadline for Interrogatories, Requests for Production/Admission: November 21,
   2011;

3. Rebuttal Expert Disclosures Due: January 13, 2012; and

4. Discovery Cut-Off: February 1, 2012.

DATED at Denver, Colorado, this 24th day of October, 2011.

BY THE COURT:

_s/Craig B. Shaffer_
Craig B. Shaffer
United States Magistrate Judge