**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02850-REB-CBS

MUTH PUMP LLC,

    Plaintiff,

v.

EAGLE INNOVATIONS INC.,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me on the **Joint Stipulation of Dismissal of Defendant Eagle Innovations Inc.'s Counterclaim Count Three: Intentional Interference With Business Relationships** [#55][1] filed February 17, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that the Counterclaim Count Three: Intentional Interference With Business Relationships of the defendant, Eagle Innovations Inc., should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulation of Dismissal of Defendant Eagle Innovations Inc.'s Counterclaim Count Three: Intentional Interference With Business Relationships** [#55] filed February 17, 2012, is **APPROVED**; and

    2. That Counterclaim Count Three: Intentional Interference With Business

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Relationships of the defendant, Eagle Innovations Inc., *see* Answer and Counterclaim [D.I.8], at 7-8, ¶¶ 20-25, is **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs.

Dated February 21, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge