**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02850-REB-CBS

MUTH PUMP LLC,

    Plaintiff,

v.

EAGLE INNOVATIONS INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Joint Stipulation of Dismissal of All Claims and Defenses With Prejudice** [#84][1] filed March 29, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal of All Claims and Defenses With Prejudice** [#84] filed March 29, 2012, is **APPROVED**;

2. That the Trial Preparation Conference set for May 4, 2012, is **VACATED**;

3. That the jury trial set to commence May 21, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#84]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated March 29, 2012, at Denver, Colorado.

                                 **BY THE COURT:**

                                 */s/ Robert E. Blackburn*
                                 Robert E. Blackburn
                                 United States District Judge